**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RE: THERESA HARRINGTON | ) Case No. 19 B 06950 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: JACK B SCHMETTERER |

## NOTICE OF MOTION

THERESA HARRINGTON                          DAVID M SIEGEL
                                            via Clerk's ECF noticing procedures

4239 W MONROE #2
CHICAGO, IL 60624

Please take notice that on June 12, 2019 at 11:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at  55 E Monroe St.,  Chicago, IL or by the methods indicated on May 08 , 2019.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1.  On March 13, 2019 the Debtor filed a petition and plan under Chapter 13 of Title 11  U.S.C.

2. That the above-captioned plan has not yet been confirmed .

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend Plan to insert tax refund language and amend Part 3 .3 to reduce amount of Prestige's secured claim to match its proof of claim and to provide for higher IRS claim which is causing plan to be unfeasible .

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,

TOM VAUGHN                                  /s/ Tom Vaughn
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900